```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 03709
   DIANE CERNEKEE
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-4541
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/04/05 and confirmed on 03/24/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 75600.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | 46524.49 | .00 | 46524.49 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 2319.70 | .00 | 2319.70 |
| CREDIT UNION 1 | SECURED | 5550.00 | .00 | 5550.00 |
| NATIONWIDE ACCEPTANCE | SECURED | 3000.00 | 178.61 | 3000.00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 2460.22 | .00 | 382.05 |
| AMERICASH LOANS | UNSECURED | 1487.14 | .00 | 230.94 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 997.50 | .00 | 154.90 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 515.36 | .00 | 80.03 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH INC | UNSECURED | 720.00 | .00 | 111.81 |
| EMERGE | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 1843.09 | .00 | 286.21 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 456.22 | .00 | 70.85 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 492.28 | .00 | 76.45 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1621.10 | .00 | 251.74 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 514.77 | .00 | 79.94 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ILLINOIS STUDENT ASSIST | UNSECURED | 22242.60 | .00 | 3454.02 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 10256.46 | .00 | 1592.72 |
| MARSHALL FIELD | UNSECURED | 531.93 | .00 | 82.60 |
| CREDIT UNION 1 | UNSECURED | 4576.48 | .00 | 710.68 |
| NATIONAL QUIK CASH | UNSECURED | NOT FILED | .00 | .00 |
| SAFEWAY CHECKS SERVICES | UNSECURED | NOT FILED | .00 | .00 |

```
HELP SERVICE GROUP           UNSECURED        15624.47              .00         2426.30
ROUNDUP FUNDING LLC          UNSECURED          300.79              .00           46.71
TCF BANK                     UNSECURED       NOT FILED              .00             .00
USA PAYDAY LOANS             UNSECURED          750.00              .00          116.47
WECO CREDIT UNION            UNSECURED         5193.97              .00          806.57
WECO CREDIT UNION            UNSECURED         2056.22              .00          319.31
NATIONWIDE ACCEPTANCE        UNSECURED          471.89              .00           73.28
CREDIT UNION 1               UNSECURED         5861.91              .00          910.29
       Summary of disbursements:
-------------------------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED        OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   57394.19           .00     78974.40          .00       136368.59
PRINCIPAL PAID       57394.19           .00     12263.87          .00        69658.06
INTEREST PAID          178.61           .00           .00         .00          178.61
TOTAL PAID           57572.80           .00     12263.87          .00        69836.67
```

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   3063.33 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 05/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 03709 DIANE CERNEKEE